# WAIVER OF SERVICE OF SUMMONS AND COMPLAINT
## AS TO ABBAS A. SHAH AND LINUXOR ASSET MANAGEMENT LLC.,

TO:   David Acevedo
      Commodity Futures Trading Commission
      Division of Enforcement
      140 Broadway, 19th Floor
      New York, NY 10005
      (646) 746-9754

    I acknowledge receipt of your request that I waive service of a summons and complaint in the action of *Commodity Futures Trading Commission v. Abbas A. Shah and Linuxor Asset Management LLC.*, which is case number 05-CV-8091 (LAK) in the United States District Court for the Southern District of New York on behalf of my clients in that action, Abbas A. Shah and Linuxor Asset Management LLC. I have also received a copy of the summons and complaint in the action, two copies of this waiver, and a means by which I can return the signed waiver to you without cost to me.

    I agree to save the cost of service of a summons and additional copies of the complaint in this lawsuit by not requiring that Abbas A. Shah and Linuxor Asset Management LLC., be served with judicial process in the manner provided by Rule 4. Abbas A. Shah and Linuxor Asset Management LLC., will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

    I understand that a judgment may be entered against Abbas A. Shah and Linuxor Asset Management LLC., if an answer or motion under Rule 12 is not served upon you within 60 days after September 20, 2005.


9/26/05                                        *[signature]*
_____                                      _____
Date                                           Signature

                                               Michael S. Paradise
                                               HARTMAN & CRAVEN, LLP
                                               488 Madison Avenue
                                               New York, N.Y. 10022
                                               (212) 753-7500