KAPLAN, J

NOV 04 2005 22:46 FR CFTC                TO 12128364977        P.02

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
COMMODITIES FUTURES TRADING           Case No. 05 CV 8091 (LAK)
COMMISSION,

                Plaintiff,

      - against -                          **STIPULATION
                                         ON CONSENT**

ABBAS A. SHAH and LINUXOR ASSET
MANAGEMENT LLC,

                Defendants.
------------------------------------------------------X

    IT IS HEREBY STIPULATED by and between the undersigned attorneys for Plaintiff, COMMODITIES FUTURES TRADING COMMISSION, and Defendants, ABBAS A. SHAH and LINUXOR ASSET MANAGEMENT LLC, that Defendants' time to answer the Plaintiff's complaint is hereby adjourned from November 21, 2005 to December 9, 2005.

    This is Defendants' first request for an extension of time to answer the complaint.

    All parties agree that facsimile signatures will be treated as originals and that this Stipulation may be submitted to the Court with facsimile signatures.

Dated: November 4, 2005

| U.S. COMMODITIES FUTURES TRADING COMMISSION | HARTMAN & CRAVEN LLP |
|---|---|
| By: _/s/ David Acevedo_<br>David Acevedo (DA 0388)<br>140 Broadway, 19th Floor<br>New York, New York 10005<br>(646) 746-9700 | By: _/s/ Edward A. White_<br>Edward A. White (EW 0368)<br>488 Madison Avenue<br>New York, New York 10022<br>(212) 753-7500 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

SO ORDERED

_/s/ Lewis A. Kaplan_
Lewis A. Kaplan, U.S.D.J.
11/15/05

G:\30002\JON\CFTC\Stipulation 11.4.05 cd.doc

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/16/05

** TOTAL PAGE.02 **