NOV 30 2005 23:03 FR CFTC                    TO 12128364977        P.02

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/1/05

KAPLAN, J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

Commodity Futures Trading Commission,

        Plaintiff                    05-cv-08091 (LAK)

  v.

Abbas A. Shah, et ano.,   Defendant
------------------------------x

### Consent Scheduling Order

NOV 30 2005

Upon consent of the parties, it is hereby

ORDERED as follows:

1. No additional parties may be joined after March 31, 2006.

2. No amendments to the pleadings will be permitted after April 17, 2006.

3. The parties shall make required Rule 26(a)(2) disclosures with respect to:

   (a) expert witness on or before April 28, 2006.

   (b) rebuttal expert witnesses on or before May 22, 2006.

4. All discovery, including any depositions of experts, shall be completed on or before June 28, 2006.

5. A joint pretrial order in the form prescribed in Judge Kaplan's individual rules shall be filed on or before August 9, 2006.

6. No motion for summary judgment shall be served after the deadline fixed for submissions of the pretrial order. The filing of a motion for summary judgment does not relieve the parties of the obligation to file the pretrial order on time.

7. If any party claims a right to trial by jury, proposed voir dire questions and jury instructions shall be filed with the joint pretrial order.

8. Each party or group of parties aligned in interest shall submit not less than ten (10) days prior to trial (a) a trial brief setting forth a summary of its contentions and dealing with any legal and evidentiary problems anticipated at trial, and (b) any motions in limine.

9.   This scheduling order may be altered or amended only on a showing of good cause not foreseeable at the date hereof. Counsel should not assume that extensions will be granted as a matter of routine.

Dated: November 30, 2005

_____
Lewis A. Kaplan
United States District Judge

CONSENTED TO:

*Edward White*
_____
Edward White (EW 0368)
**HARTMAN & CRAVEN LLP**
488 Madison Avenue
16th floor
New York, New York 10022
(212) 753-7500 tel
(212) 688-2870 fax
*Attorney for Defendants*

_____
David Acevedo (DA 0388)
**U.S. COMMODITY FUTURES TRADING COMMISSION**
140 Broadway
New York, New York, 10005
(646) 746-9754 tel
(646) 746-9940 fax
*Attorney for Plaintiff*

2