**MEMO ENDORSED**



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/5/06

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------
COMMODITIES FUTURES TRADING
COMMISSION,

        Plaintiff,

    - against -

ABBAS A. SHAH and LINUXOR ASSET
MANAGEMENT LLC,

        Defendants.
-------------------------------------------------------X

Case No. 05 CV 8091 (LAK)

**STIPULATION ON CONSENT**

**IT IS HEREBY STIPULATED** by and between the undersigned attorneys for Plaintiff, COMMODITIES FUTURES TRADING COMMISSION, and Defendants, ABBAS A. SHAH and LINUXOR ASSET MANAGEMENT LLC, that the deadline for the completion of all discovery, including any depositions of experts, is hereby adjourned from June 28, 2006 to September 22, 2006. To accommodate this adjournment, the joint pretrial order filing deadline is hereby adjourned from August 9, 2006 to October 31, 2006.

This is Defendants' second request for an extension of time in this action, but the first relating to the discovery timetable and the joint pretrial order. On November 4, 2005, Defendants previously requested an extension of time to answer the Complaint in this action, to which Plaintiff's counsel consented, and that request was granted.

**MEMO ENDORSED**

In the absence of any justification, the request is denied.

SO ORDERED
LEWIS A. KAPLAN, USDJ  6/2/06

G:\30002\300\CFTC\Shah Stipulation 6.1.06 cd.doc