UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
**COMMITIES FUTURES TRADING COMMISSION,** : Case No. 05 CV 8091 (LAK)

        Plaintiff, :

   - against - : **STIPULATION ON CONSENT**

**ABBAS A. SHAH and LINUXOR ASSET MANAGEMENT LLC,** :

        Defendants. :
----------------------------------------------------------------X

    **IT IS HEREBY STIPULATED** by and between the undersigned attorneys for Plaintiff, COMMODITIES FUTURES TRADING COMMISSION, and Defendants, ABBAS A. SHAH and LINUXOR ASSET MANAGEMENT LLC, that the deadline for the completion of all discovery, including any depositions of experts, is hereby adjourned from June 28, 2006 to September 22, 2006. To accommodate this adjournment, the joint pretrial order filing deadline is hereby adjourned from August 9, 2006 to October 31, 2006.

    This is Defendants' second request for an extension of time in this action, but the first relating to the discovery timetable and the joint pretrial order. On November 4, 2005, Defendants previously requested an extension of time to answer the Complaint in this action, to which Plaintiff's counsel consented, and that request was granted.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/28/06
```

All parties agree that facsimile signatures will be treated as originals and that this Stipulation may be submitted to the Court with facsimile signatures.

Dated: June 23, 2006

U.S. COMMODITIES FUTURES TRADING COMMISSION

By: _____
David Acevedo (DA 0388)
140 Broadway, 19th Floor
New York, New York 10005
(646) 746-9700

*Attorneys for Plaintiff*

HARTMAN & CRAVEN LLP

By: _____
Edward A. White (EW 0368)
488 Madison Avenue
New York, New York 10022
(212) 753-7500

*Attorneys for Defendants*

SO ORDERED

_____
Lewis A. Kaplan, U.S.D.J.

6/26/06

2

G:\30002\300\CFTC.Shah Stipulation 6 1 06 ed.doc