MEMO ENDORSED

# HARTMAN & CRAVEN LLP

488 MADISON AVENUE
NEW YORK, N.Y 10022

TEL: (212) 753-7500
FAX: (212) 688-2870
WWW.HARTMANCRAVEN.COM

**Edward A. White, Partner**
Direct Line: (212) 754-6911
ewhite@hartmancraven.com

September 13, 2006



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/14/06

**By Federal Express**

Hon. Lewis A. Kaplan
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   **Commodity Futures Trading Commission v. Abbas A. Shah and Linuxor Asset Management, LLC**
Case No. 05-CV-8091

Dear Judge Kaplan:

On behalf of Defendants, Abbas A. Shah and Linuxor Asset Management, LLC, I am writing to request a 30-day extension of the discovery deadline in this case as well as an adjournment of the compliance conference currently scheduled for September 20, 2006.

This is Defendants' third request for an extension of time in this action, and the second relating to the discovery timetable. On November 4, 2005, Defendants previously requested an extension of time to answer the Complaint in this action, to which Plaintiff's counsel consented, and that request was granted. On June 23, 2006, Defendants requested an adjournment of the discovery and joint pretrial order filing deadlines, to which Plaintiff's counsel consented, and that request was also granted.

Defendants seek an additional adjournment of the discovery deadline for the sole purpose of taking the deposition of one final non-party witness, Phillip Egger, who resides in the state of Washington. Defendants believe this deposition, and the requested documents, will be crucial to the case based on information obtained in the parties' extensive and diligent discovery thus far, and that Mr. Egger will provide vital information and documents regarding the case that have not yet been revealed.

Defendants did not originally subpoena Mr. Egger because the CFTC had informed us that they intended to take his deposition. When the CFTC later told us that they were no longer planning to depose him, we made multiple attempts to contact Mr. Egger and to ascertain the identity of his current counsel, if any, but he has refused to return our phone calls, and his former

HARTMAN & CRAVEN LLP

Hon. Lewis A. Kaplan
September 13, 2006
Page 2

counsel no longer represents him; thus, we do not anticipate his cooperation in this matter. In light of this, Defendants prepared a subpoena for Mr. Egger in July, which the Washington process servers have repeatedly and diligently attempted to serve on him at his residence, but these attempts have not been successful. It appears that Mr. Egger is purposefully evading service.

We expect that a one-month extension of the discovery deadline will enable us to serve Mr. Egger and complete this final piece of discovery, which we anticipate will lead to a better understanding of the facts underlying this case and, hopefully, to a settlement of this matter.

For these reasons, Defendants hereby respectfully request, with the consent of Mr. Acevedo of the CFTC, an extension of the discovery deadline in this matter from September 22, 2006 to October 23, 2006. Defendants also request an adjournment of the compliance conference from September 20, 2006 to October 19, 2006 to accommodate this proposed modification to the discovery timetable.

Thank you for your attention to this matter.

Very truly yours,

*[signature]*

Edward A. White

cc: David Acevedo, Esq.
Chief Trial Attorney
Commodity Futures Trading Commission
Division of Enforcement
140 Broadway, 19th Floor
New York, New York 10005

*Denied in all respects save that the Egger deposition may be conducted provided it is concluded on or before 10/15/06*

SO ORDERED

*[signature]*

LEWIS A. KAPLAN, USDJ
9/14/06

G:\30002\300\Kaplan ltr 9 13 06.doc