UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
COMMODITY FUTURES TRADING COMMISSION,

        Plaintiff,

-against-                                                                                  05 Civ. 8091 (LAK)

ABBAS A. SHAH, et ano.,

        Defendants.
------------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        Defendants' motion for an extension of time within which to take a deposition and thereafter to stay the action pending the completion of certain arbitration proceeds [docket item 12] is granted on the representation that plaintiff does not oppose this relief. The action is transferred to the suspense docket pending further order of the Court.

        SO ORDERED.

Dated:     October 23, 2006

                                                      Lewis A. Kaplan
                                                      United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/23/06