MEMO ENDORSED

# HARTMAN & CRAVEN LLP

488 MADISON AVENUE
NEW YORK, N.Y. 10022

TEL: (212) 753-7500
FAX: (212) 688-2870
WWW.HARTMANCRAVEN.COM

Edward A. White, Partner
Direct Line: (212) 754-6911
ewhite@hartmancraven.com

April 18, 2007



APR 2007

**By Fed Ex**
Hon. Lewis A. Kaplan
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:  Commodity Futures Trading Commission v. Abbas A. Shah and
     Linuxor Asset Management, LLC
     Case No. 05-CV-8091

Dear Judge Kaplan:

On behalf of Defendants, Abbas A. Shah and Linuxor Asset Management, LLC, and with the consent of David Acevedo, counsel for Plaintiff, I am writing to update you on the status of this case, currently on the suspense docket.

As you may recall, this action was stayed pursuant to your Order, dated October 23, 2006, pending the completion of certain arbitration proceedings, involving identical facts and substantially similar legal issues, before the National Futures Association ("NFA"). The NFA proceedings were resolved by a decision in March, although no motions to confirm the petitioners' awards have been made.

Since the arbitration decision, counsel for the CFTC and I have been exploring a settlement of this case and we believe that we are close to a mutually acceptable resolution. Accordingly, I respectfully request that the Court permit the parties to continue these efforts and refrain from placing this action back on the trial calendar. Moreover, given the settlement approval process at the CFTC, I respectfully request that the parties be allowed to file a monthly progress report with the Court, beginning June 18, 2007, or another date acceptable to the Court, in order to inform Your Honor of the progress of the settlement approval process.

Thank you for your attention to this matter.

Very truly yours,

Ed White
Edward A. White

cc:  David Acevedo, Esq.
     Chief Trial Attorney
     Commodity Futures Trading Commission
     Division of Enforcement
     140 Broadway, 19th Floor
     New York, New York 10005

*A report should be filed, by 6/18/07. If the matter has not been resolved by then, the parties are to be prepared to proceed.*

SO ORDERED

LEWIS A. KAPLAN, USDJ   4/23/07