UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

Commodity Futures Trading Commission,                    05 CIV 809 (LAK)
                                                          ECF CASE
                        Plaintiff,
                                                          STIPULATION OF
            v.                                            SUBSTITUTION

Abbas A. Shah and Linuxor Asset Management LLC,

                        Defendants.
-------------------------------------------------------------------X


        It is hereby stipulated and consented that Shiboleth, Yisraeli, Roberts & Zisman, LLP,

One Penn Plaza, Suite 2527, New York, New York 10119, be and hereby are substituted in place

and instead of Hartman & Craven LLP, 488 Madison Avenue, New York, New York 10022, as

attorneys for the defendants Abbas A. Shah and Linuxor Asset Management, LLC in this action

and that this substitution be entered into effect without further notice.

Dated:  New York, New York
        June 14, 2007

Hartman & Craven LLP                          Shiboleth, Yisraeli, Roberts & Zisman, LLP

By _Edward A. White_                          By _____
    Edward A. White (EW0368)                      Charles B. Manuel, Jr. (CM3020)
    A Member of the Firm                          Of Counsel
    488 Madison Avenue                            One Penn Plaza, Suite 2527
    New York, New York 10022                      New York, New York 10119
    Tel.: 212-753-7500                            Tel: 212-792-0999
                                                  Fax: 212-792-0998
                                                  E-Mail: cbm@mr-law.net

Consented to by Defendants

_____
Abbas A. Shah, Individually and as
Chief Executive Officer of
Linuxor Asset Management, LLC