

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Commodity Futures Trading Commission, | : |
| Plaintiff, | : 05-CV-8091 (LAK) |
| v. | : |
| Abbas A. Shah and Linuxor Asset Management, LLC., | : |
| Defendants. | : |

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/25/07

## UNOPPOSED MOTION TO SET A SCHEDULE FOR SUMMARY JUDGMENT MOTIONS

Plaintiff Commodity Futures Trading Commission (the "Commission") hereby files this Unopposed Motion to Set a Schedule For Summary Judgment Motions. In support hereof, the Commission represents as follows:

1. On April 23, 2007, following the conclusion of arbitration proceedings involving the Defendants, the Court granted Defendants' request to keep this matter on the suspense docket pending the outcome of settlement negotiations between the parties.[1]

2. On June 14, 2007, Edward White, counsel for Defendants, informed the Court that despite settlement discussions between the parties, his clients informed him that they were retaining new counsel. On June 14, 2007, a Stipulation of Substitution was filed with the Court. Mr. Charles B. Manuel, Jr. now represents the Defendants.

---

[1] The Commission consented to this request.

SO ORDERED

LEWIS A. KAPLAN, USDJ

3.  Counsel for the Commission and counsel for Defendants have conferred regarding this matter and agree that a summary judgment motion schedule is appropriate. The parties have conferred on dates and Plaintiff now respectfully proposes those dates in the attached Proposed Order.

4.  WHEREFORE, the Commission respectfully requests that the Court grant this Unopposed Motion and enter the Order filed contemporaneously herewith, and grant such other and further relief as it deems just.

Dated: July 20, 2007

                              Respectfully submitted,

                              U.S. COMMODITY FUTURES TRADING COMMISSION

                              Stephen J. Obie
                              Regional Counsel

By:_____s/_____
David Acevedo [DA 0388]
Chief Trial Attorney
Division of Enforcement
U.S. Commodity Futures Trading Commission
Eastern Regional Office
140 Broadway, 19th Floor
New York, New York 10005
(646) 746-9754
(646) 746-9940 (facsimile)
dacevedo@cftc.gov