

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Commodity Futures Trading Commission,

    Plaintiff,

    v.

Abbas A. Shah and Linuxor Asset Management, LLC.,

    Defendants.

05-CV-8091 (LAK)

ECF CASE

USDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/25/07

[PROPOSED] SUMMARY JUDGMENT SCHEDULING ORDER

It is ORDERED AND ADJUDGED that Plaintiff's Unopposed Motion to set a summary judgment motion schedule is GRANTED and the deadlines hereby established as follows:

| | |
|---|---|
| September 7, 2007 | All motions, including motions for summary judgment filed |
| October 9, 2007 | All answering papers on motions filed |
| November 5, 2007 | Reply papers filed |

Dated: July __, 2007

_____
LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE