

**U.S. COMMODITY FUTURES TRADING COMMISSION**
140 Broadway
New York, New York 10005
Telephone: (646) 746-9733
Facsimile: (646) 746-9940

**MEMO ENDORSED**

Division of
Enforcement

September 6, 2007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/10/07

**HAND-DELIVERED**

Honorable Lewis A. Kaplan
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: *CFTC v. Abbas A. Shah and Linuxor Asset Management, LLC*, Case No. 05-CV-8091(LAK)

Dear Judge Kaplan:

    I write to respectfully request a short adjournment of Plaintiff's deadline on its summary judgment motion, presently due tomorrow, September 7, 2007.

    Due to a medical emergency involving a member of my immediate family, I have only returned to work today. However, I will again be out of the office tomorrow for the same ongoing medical condition. Consequently, I have been unable to complete Plaintiff's motion for summary judgment. Thus, I respectfully request that your Honor extend Plaintiff's deadline to Tuesday, September 18, 2007. Plaintiff has consulted with Charles Manuel, Defendants' attorney, and Mr. Manuel does not oppose this request.

    If your Honor grants this request, Plaintiff similarly proposes that the other filing deadlines previously set by the Court also be extended by the same number of days. The proposed dates appear below.

| | | |
|---|---|---|
| (A) September 18, 2007 | | All motions, including motions for summary judgment filed |
| (B) October 19, 2007 | | All answering papers on motions filed |
| (C) November 16, 2007 | | Reply papers filed |

SO ORDERED

/s/ Lewis A. Kaplan 9/10/07
LEWIS A. KAPLAN, USDJ

Thank you for your attention to this matter.

Sincerely,

David Acevedo
Attorney for Plaintiff

cc: Charles Manuel, Esq.