# HARTMAN & CRAVEN LLP     MEMO ENDORSED

488 MADISON AVENUE
NEW YORK, N.Y. 10022

TEL: (212) 753-7500
FAX: (212) 688-2870
WWW.HARTMANCRAVEN.COM

**Edward A. White, Partner**
Direct Line: (212) 754-6911
ewhite@hartmancraven.com

September 20, 2007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/24/07

<u>Via FedEx</u>

Hon. Lewis A. Kaplan
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

   Re:   **Commodity Futures Trading Commission v. Abbas A. Shah and Linuxor Asset Management, LLC**
         **Case No. 05-CV-8091 (LAK)**

Dear Judge Kaplan:

I am writing to request that I be removed as "Lead Attorney to be Noticed" for the Defendants on the PACER website. I am still receiving electronic notifications of filings and other activity in this case although I no longer represent Defendants. As you may be aware, on June 14, 2007, Defendants filed a Substitution of Attorney (Docket No. 17), at which point Shiboleth, Yisraeli, Roberts & Zisman, LLP took over as counsel. The ECF clerk informed me that the only way to remove my affiliation on PACER was by written request to Your Honor.

Please call if you have any questions or concerns regarding my request.

Very truly yours,

*Ed White*

Edward A. White

cc:   Charles B. Manuel, Jr., Esq.
      David Acevedo, Esq.

SO ORDERED *Granted*

LEWIS A. KAPLAN, USDJ
9/24/07

G:\30002\300\CFTC\Kaplan ltr 9.20.07.doc