UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
U.S. COMMODITY FUTURES TRADING COMMISSION,

          Plaintiff,

-against-                              05 Civ. 8091 (LAK)

ABBAS A. SHAH, et ano.,

          Defendants.
------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

       Plaintiff's motion for summary judgment is properly supported. Its Rule 56.1 Statement stands unrebutted in view of defendants' default in consequence of which the defendants' have admitted all the well supported factual allegations thereof. Accordingly, plaintiffs' motion for summary judgment is granted. The Clerk shall enter judgment accordingly and close the case.

       SO ORDERED.

Dated:     October 16, 2007

                                                 Lewis A. Kaplan
                                                 United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/16/07