USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/19/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
U.S. COMMODITY FUTURES TRADING COMMISSION,

                                    Plaintiff,

              -against-                                        05 Civ. 8091 (LAK)

ABBAS A. SHAH, et ano.,

                                    Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        The order and judgment entered on October 16, 2007 both are vacated.

        SO ORDERED.

Dated:        October 17, 2007

                                    _____
                                            Lewis A. Kaplan
                                    United States District Judge