# SHIB🌐LETH

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/29/07

Shiboleth, Yisraeli, Roberts & Zisman, LLP

November 27, 2007

Honorable Lewis A. Kaplan
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

*U.S. Commodity Futures Trading Commission*
  *v.*
*Abbas A. Shah and Linuxor Asset Management LLC*
05 CV 8091 (LAK)

**Request to File Sur-Reply**

Dear Judge Kaplan:

I represent Defendants Abbas A. Shah and Linuxor Asset Management LLC in connection with the above-referenced action. I respectfully request leave to file a Sur-Reply Memorandum in Opposition and a brief Reply Affidavit of Abbas Shah.

Defendants have electronically filed the Sur-Reply Memorandum and Reply Affidavit to make them available to Plaintiff's counsel. Please find two courtesy copies for Chambers.

Respectfully yours,

Charles B. Manuel, Jr.

cc:   David Acevedo, Esq.
      U.S. Commodity Futures Trading Comission

So Ordered

LEWIS A. KAPLAN, USDJ  11/28/07

**Tel Aviv Affiliate**
Museum Tower, 4
Berkowitz Street
Tel Aviv 64238 Israel
Phone 972-3-777-8333
Fax 972-3-777-8444
manager@shibolet.com

1 Penn Plaza, Suite 2527 · New York, NY 10119
Phone 212-244-4111 · Fax 212-563-7108 · Email info@shiboleth.com