UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
U.S. COMMODITY FUTURES TRADING COMMISSION,

           Plaintiff,

-against-                            05 Civ. 8091 (LAK)

ABBAS A. SHAH, et ano.,

           Defendants.
----------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

       The parties are to advise the Court, on or before December 6, 2007, whether they will agree that the case will be tried on a record consisting of the moving, opposing and reply papers submitted on the plaintiff's motion for summary judgment, with the Court making such findings of fact as it deems appropriate on the basis of the paper record.

       SO ORDERED.

Dated:     November 29, 2007

                                                       Lewis A. Kaplan
                                              United States District Judge