**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION, ) ) ) ) Plaintiff, ) ) v. ) ) ABBAS A. SHAH and LINUXOR ASSET ) MANAGEMENT LLC, ) ) Defendants. ) ) | 05 CV 8091 (LAK) <br><br> ECF Case |

**PLAINTIFF'S RESPONSE TO THE COURT'S NOVEMBER 29, 2007 ORDER**

Pursuant to the Court's Order of November 29, 2007, Plaintiff has discussed this matter with Defendants' counsel, Charles B. Manuel, Jr. Pursuant to those discussions, the parties do not agree that the case should be tried on a record consisting of the moving, opposing and reply papers submitted on the Plaintiff's motion for summary judgment, with the Court making such findings of fact as it deems appropriate on the basis of the paper record. However, Plaintiff submits that this record is sufficient for the Court to grant, in whole, Plaintiff's motion for

summary judgment against the Defendants and respectfully urges the Court to do so.

Dated: New York, New York
        December 5, 2007

                                              Respectfully submitted,

                                              U.S. COMMODITY FUTURES TRADING
                                              COMMISSION

                                              _____/s/_____
                                              David Acevedo [DA-0388]
                                              Stephen J. Obie [SO-5502]
                                              Michael R. Berlowitz [MB-7615]
                                              Division of Enforcement
                                              U.S. Commodity Futures Trading Commission
                                              140 Broadway, 19th Floor
                                              New York, New York 10005
                                              Ph. (646) 746-9754
                                              Fax (646) 746-9940
                                              dacevedo@cftc.gov