UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ABBAS A. SHAH and LINUXOR ASSET MANAGEMENT LLC,<br><br>Defendants. | 05-CV-8091 (LAK)<br><br>ECF CASE |

**DEFENDANTS' RESPONSE TO THE COURT'S NOVEMBER 29, 2007 ORDER**

Pursuant to the Court's Order of November 29, 2007, Defendants have discussed this matter with Plaintiff's counsel, David Acevedo. Pursuant to those discussions, the parties do not agree that the case should be tried on a record consisting of the moving, opposing and reply papers submitted on the Plaintiff's motion for summary judgment, with the Court making such findings of fact as it deems appropriate on the basis of the paper record. Defendants once more request that the Motion for Summary Judgment be denied, together with such other and further relief as the Court deems just and proper.

Dated:  New York, New York
        December 5, 2007

**SHIBOLETH, YISRAELI, ROBERTS & ZISMAN, LLP**
By:  *Charles B. Manuel, Jr*
Charles B. Manuel, Jr.
Of Counsel
One Penn Plaza, Suite 2527
New York, New York 10119
Tel. 212-244-4111
Attorneys for Defendants Abbas A. Shah and
Linuxor Asset Management LLC