UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION,<br>Plaintiff,<br><br>v.<br><br>ABBAS A. SHAH and LINUXOR ASSET MANAGEMENT LLC,<br>Defendants. | 05-CV-8091 (LAK)<br><br>ECF CASE<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE, that Charles B. Manuel, Jr., Shira Y. Rosenfeld, and N. Cameron Russell of the law firm Shiboleth, Yisraeli, Roberts & Zisman, L.L.P., hereby appear as counsel for Defendants Abbas A. Shah and Linuxor Asset Management LLC in this action.

Dated: New York, New York
       February 29, 2008

**SHIBOLETH, YISRAELI, ROBERTS & ZISMAN, LLP**

By: _____
Shira Y. Rosenfeld (SR 5392)
Of Counsel
One Penn Plaza, Suite 2527
New York, New York 10119
Tel. 212-244-4111
Fax 212-563-7108

Attorneys for Defendants Abbas A. Shah and
Linuxor Asset Management LLC