

**U.S. COMMODITY FUTURES TRADING COMMISSION**
140 Broadway
New York, New York 10005
Telephone: (646) 746-9733
Facsimile: (646) 746-9940

**MEMO ENDORSED**

Division of
Enforcement

April 10, 2008

APR 11 2008

**HAND-DELIVERED**

Honorable Lewis A. Kaplan
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: *CFTC v. Abbas A. Shah and Linuxor Asset Management, LLC*, Case No. 05-CV-8091(LAK)

Dear Judge Kaplan:

    On March 17, I sent your Honor a letter stating that after conferring with Charles Manuel, counsel for the Defendants, the parties believed we could complete and file the Joint Pretrial Order (the "Order") in this matter by Friday, April 11, 2008. The parties have exchanged a draft of the Order and have conferred about this matter. Presently, we continue to work on the Order and to gather our exhibits. However, we will be unable to submit the Order by tomorrow as we anticipated. Respectfully, we request that the Court indulge this request for a short adjournment to Monday, April 21, 2008, to file the Order with the Court.

    Regarding the trial dates the parties proposed in the March 17 letter to the Court, we are not requesting an adjournment of those dates.

Respectfully submitted,

David Acevedo
Attorney for Plaintiff
(646) 746-9754

Cc: Charles B. Manuel, Jr.

**MEMO ENDORSED** Granted
SO ORDERED
LEWIS A. KAPLAN