AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

U.S. Commodity Futures Trading

v.

Abbas A. Shah and Linuxor Asset

**APPEARANCE**

Case Number: 05 CV 8091 (LAK)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

U.S. Commodity Futures Trading Commission, Plaintiff

I certify that I am admitted to practice in this court.

May 5, 2008
Date

*/s/ M. R. Berlowitz*
Signature

Michael R. Berlowitz | MB-7615
Print Name | Bar Number

CFTC  140 Broadway - 19th Floor
Address

New York City | NY | 10005
City | State | Zip Code

(646) 746-9759 | (646) 746-9940
Phone Number | Fax Number