UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION, | 05 CV 8091 (LAK) |
| Plaintiff, | ECF Case |
| v. | PLAINTIFF'S MOTION TO ADMIT W. DEREK SHAKABPA *PRO HAC VICE* |
| ABBAS A. SHAH, et al., | |
| Defendants. | |

David Acevedo, a chief trial attorney with the Division of Enforcement, U.S. Commodity Futures Trading Commission (the "Commission"), Eastern Regional Office, 140 Broadway, New York, New York, 10005, and who is a member of the Bar of this Court, moves this Court, on a return date to be set by the Court, pursuant to Fed. R. Civ. P. 7 and Local Rule 1.3(c), for an order admitting W. Derek Shakabpa *pro hac vice* to appear on behalf of the Plaintiff in this matter. The applicant's contact information is as follows:

> W. Derek Shakabpa
> U.S. Commodity Futures Trading Commission
> Division of Enforcement
> 140 Broadway, 19th Floor
> New York, NY 10005
> Tel. (646) 746-9748
> Fax (646) 746-9940
> wshakabpa@cftc.gov

In support hereof, the plaintiff states that Mr. Shakabpa shall be involved in all aspects of this case. Mr. Shakabpa is a senior trial attorney with the Commission's Division of Enforcement, and is an active member in good standing of the Bar of the District of Columbia.

*See* the accompanying Declarations of David Acevedo and W. Derek Shakabpa in support of this motion.

Mr. Shakabpa is not currently suspended or disbarred in any court. Mr. Shakabpa requests immediate permission to practice before the U.S. District Court for the Southern District of New York on behalf of the Plaintiff in this matter.

Respectfully submitted,

Dated: May 15, 2008

_____ [DA 0385]
David Acevedo
Division of Enforcement
U.S. Commodity Futures Trading
    Commission
140 Broadway
New York, NY 10005
(646) 746-9754
(646) 746-9940 (fax)

## CERTIFICATE OF SERVICE

      I hereby certify that I served a copy of PLAINTIFF'S MOTION TO ADMIT W. DEREK SHAKABPA *PRO HAC VICE* and all accompanying exhibits and declarations on all parties by mailing copies to their counsel listed below, on this 15th day of May 2008.

Charles Manuel, Esq.
Shiboleth
One Penn Plaza, Ste. 2527
New York, NY 10119
Attorneys for Defendants

                                          David Spitzer

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION,<br><br>                Plaintiff,<br><br>        v.<br><br>ABBAS A. SHAH., et al.,<br><br>                Defendants. | 05 CV 8091 (LAK)<br><br>**ECF Case** |

## DECLARATION OF DAVID ACEVEDO IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, David Acevedo, do hereby declare as follows:

1. I am a chief trial attorney with the Plaintiff U.S. Commodity Futures Trading Commission's Division of Enforcement. I am familiar with the proceedings in this case and I make this declaration based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit W. Derek Shakabpa as counsel *pro hac vice* to represent the plaintiff.

2. I am admitted to the Bar of the United States District Court for the Southern District of New York and am in good standing with this Court.

3. W. Derek Shakabpa is a senior trial attorney with the U.S. Commodity Futures Trading Commission's office at 140 Broadway, 19th Floor, New York, NY 10005.

2

4. Mr. Shakabpa is an active member in good standing of the Bar of the District of Columbia. Pursuant to Local Rule 1.3(c), he has filed a Certificate of Good Standing as to his admission from the District of Columbia.

5. There are no disciplinary proceedings against Mr. Shakabpa and none has ever been brought. I know Mr. Shakabpa to be of high moral character.

6. Mr. Shakabpa has received a copy of and is familiar with the Local Rules of this Court.

7. Accordingly, I am pleased to move the admission of Mr. Shakabpa *pro hac vice*, and I respectfully submit a proposed order granting the admission of Mr. Shakabpa *pro hac vice*, which is attached hereto.

I declare under penalty of perjury that the foregoing is true and correct. Done this 15th day of May at New York, New York.

_____ [DA0388]
David Acevedo

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ABBAS A. SHAH, et al.,<br><br>Defendants. | 05 CV 8091 (LAK)<br><br>ECF Case |

## DECLARATION OF W. DERK SHAKABPA IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, W. Derek Shakabpa, do hereby declare as follows,

1. I am a senior trial attorney with the Division of Enforcement of the Commodity Futures Trading Commission at 140 Broadway, 19th Floor, New York, NY 10005.

2. I am an active member in good standing of the Bar of the District of Columbia. Pursuant to Local Rule 1.3(c), I have obtained a Certificate of Good Standing from the District of Columbia (attached hereto and incorporated by reference).

3. There are no disciplinary proceedings against me and none have ever been brought.

4. I have received a copy of and am familiar with the Local Rules of this Court.

I declare under penalty of perjury that the foregoing is true and correct. Done this 15th day of May 2008 at New York, NY.

_____
W. Derek Shakabpa



# District of Columbia Court of Appeals
## Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

**WANGCHUK D. SHAKABPA**

was on the 6TH day of JANUARY, 1995 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on May 12, 2008.

GARLAND PINKSTON, JR., CLERK

By: _____
Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION,<br><br>                    Plaintiff,<br><br>         v.<br><br>ABBAS A. SHAH, et al.,<br><br>                    Defendants. | 05 CV 8091 (LAK)<br><br>**ECF Case**<br><br>**ORDER ADMITTING W. DEREK SHAKABPA *PRO HAC VICE*** |

WHEREAS, Plaintiff U.S. Commodity Futures Trading Commission has filed a motion to admit W. Derek Shakabpa *pro hac vice* to appear on behalf of Plaintiff in this matter, and

WHEREAS, Mr. Shakabpa is an active member in good standing of the District of Columbia,

THEREFORE, IT IS ORDERED, pursuant to Local Rule 1.3(c), that W. Derek Shakabpa, whose contact information is as follows

> W. Derek Shakabpa
> U.S. Commodity Futures Trading Commission
> Division of Enforcement
> 140 Broadway, 19th Floor
> New York, NY 10005
> Tel. (646) 746-9748
> Fax (646) 746-9940
> wshakabpa@cftc.gov

is admitted to this Court *pro hac vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court including the rules governing discipline of attorneys. If


2

this action is assigned to the Electronic Case Filing (ECF) system, counsel hereby admitted shall apply for an ECF password at nysd.uscourts.gov if not already obtained.

SO ORDERED THIS ____ DAY OF _____, 2008

_____
HONORABLE LEWIS KAPLAN
UNITED STATES DISTRICT JUDGE