**MEMO ENDORSED**

SCANNED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ABBAS A. SHAH, et al., )<br>)<br>Defendants. ) | 05 CV 8091 (LAK)<br><br>ECF Case<br><br>PLAINTIFF'S MOTION TO ADMIT W. DEREK SHAKABPA *PRO HAC VICE* |

David Acevedo, a chief trial attorney with the Division of Enforcement, U.S. Commodity Futures Trading Commission (the "Commission"), Eastern Regional Office, 140 Broadway, New York, New York, 10005, and who is a member of the Bar of this Court, moves this Court, on a return date to be set by the Court, pursuant to Fed. R. Civ. P. 7 and Local Rule 1.3(c), for an order admitting W. Derek Shakabpa *pro hac vice* to appear on behalf of the Plaintiff in this matter. The applicant's contact information is as follows:

W. Derek Shakabpa
U.S. Commodity Futures Trading Commission
Division of Enforcement
140 Broadway, 19th Floor
New York, NY 10005
Tel. (646) 746-9748
Fax (646) 746-9940
wshakabpa@cftc.gov

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/22/08

SO ORDERED

LEWIS A. KAPLAN, USDJ

In support hereof, the plaintiff states that Mr. Shakabpa shall be involved in all aspects of this case. Mr. Shakabpa is a senior trial attorney with the Commission's Division of Enforcement, and is an active member in good standing of the Bar of the District of Columbia.

*See* the accompanying Declarations of David Acevedo and W. Derek Shakabpa in support of this motion.

Mr. Shakabpa is not currently suspended or disbarred in any court. Mr. Shakabpa requests immediate permission to practice before the U.S. District Court for the Southern District of New York on behalf of the Plaintiff in this matter.

Respectfully submitted,

Dated: May 15, 2008

*[signature]* [DA 0385]
David Acevedo
Division of Enforcement
U.S. Commodity Futures Trading
    Commission
140 Broadway
New York, NY 10005
(646) 746-9754
(646) 746-9940 (fax)

2