UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION,<br><br>        Plaintiff,<br><br>v.<br><br>ABBAS A. SHAH and LINUXOR ASSET MANAGEMENT LLC,<br><br>        Defendants. | 05 CV 8091 (LAK)<br><br>ECF Case |

**DEFENDANTS' OBJECTIONS TO PLAINTIFF'S DEPOSITION DESIGNATIONS**

| LEGEND | | | |
|---|---|---|---|
| Z | NONE | H | HEARSAY |
| C | COMPETENCE | L | LEADING |
| NF | NO FOUNDATION | V | VAGUE |
| O | OPINION | U | UNRESPONSIVE |
| R | RELEVANCE | W | WASTE OF TIME |

**DEFENDANTS' OBJECTIONS TO EGGER DEPOSITION DESIGNATIONS**

| # | Z | C | NF | O | R | H | L | V | U |
|---|---|---|---|---|---|---|---|---|---|
| 6:1-10 |  |  |  |  | X | X | X |  |  |
| 14:14-15 | X |  |  |  |  |  |  |  |  |
| 18:11-15 | X |  |  |  |  |  |  |  |  |
| 26:15-23 |  |  | X |  | X | X |  | X |  |
| 28:10-13 |  |  | X |  |  | X |  |  | X |
| 32:12-14 |  |  |  |  | X |  |  | X |  |
| 38:11-16 |  |  | X |  | X | X |  |  |  |
| 43:10-44:1 |  |  | X |  | X | X |  | X |  |
| 48:6-17 |  |  | X |  | X | X |  | X |  |
| 56:15-57:16 |  |  | X |  | X |  |  | X |  |
| 60:7-16 |  |  |  |  | X |  |  |  |  |
| 63:17-25 |  |  | X |  | X | X | X | X |  |

1

**DEFENDANTS' OBJECTIONS TO BRASHEAR DEPOSITION DESIGNATIONS**

| # | Z | C | NF | O | R | H | L | V | U |
|---|---|---|----|---|---|---|---|---|---|
| 7:15-8:14 | X | | | | | | | | |
| 13:7-14:5 | | | | | X | X | X | X | |
| 14:12-18 | | | | | X | | | | |
| 14:24-15:7 | | | X | | X | X | X | | |
| 17:4-25 | | X | X | X | X | X | | X | |
| 20:15-23 | | | | | X | | X | | |
| 24:3-21 | | | | | X | | X | | |
| 27:24-29:2 | | | X | | X | X | | | |
| 35:6-20 | | | X | | X | | X | X | |
| 39:10-21 | | | | X | X | | X | X | |
| 41:11-44:17 | | | X | X | X | X | X | X | X |
| 46:15-47:6 | | | X | X | X | X | X | X | X |
| 51:23-52:7 | | | | | X | | X | | X |
| 53:12-54:4 | | | | | X | | | | X |
| 61:13-18 | | | X | X | X | X | X | X | |
| 66:8-67:2 | | | X | | X | X | X | X | |
| 67:8-23 | | | X | | X | | X | | |
| 68:12-16 | | | X | X | | | | X | |
| 68: --69:9 | | | X | X | X | | X | | |
| 73:6-16 | | | X | | X | | X | | |
| 81:4-7 | | | X | | X | | X | | |
| 99:17-100:9 | | | X | X | X | X | X | X | |
| 109:4-17 | | | | | X | X | X | | |

DEFENDANTS' OBJECTIONS TO BRASHEAR DEPOSITION DESIGNATIONS

Dated: New York, New York
July 14, 2008

                                SHIBOLETH LLP

                        */s/ Charles B. Manuel, Jr.*
By:_____
                        Charles B. Manuel, Jr.
                        Shira Y. Rosenfeld
                        Kimberly B. Grotell
                      One Penn Plaza, Suite 2527
                      New York, New York 10119
                          Tel: 212-244-4111
                          Fax: 212-563-7108

                      *Attorneys for Defendants*