UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

Commodity Futures Trading Commission,

                     Plaintiff,          05-cv-08091(LAK)

v.

Abbas A. Shah and Linuxor Asset
Management, LLC,
                     Defendants.
------------------------------------x

HON. LEWIS A KAPLAN:

                            ORDER

       The Clerk of Court shall transfer this case to my suspense docket for the reasons stated on the record on July 15, 2008.

So Ordered:

                                          _____
                                          UNITED STATES DISTRICT JUDGE

Dated: July 21, 2008
        New York, NY